**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA,

    Petitioner,

vs.            Case No.  2:07-cv-225-FtM-34SPC

JOHN I. WARD, III

    Respondent.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Dkt. No. 15, Report), entered on May 8, 2007.  In the Report, Magistrate Judge Chappell recommends that the United States of America's Petition to Enforce Internal Revenue Service Summonses (Dkt. No. 1) be granted.  Magistrate Judge Chappell further recommends that "[t]he Respondent be directed to appear before Revenue Officer W. Smith, or his designee, **on June 27, 2007, at 10:30 a.m.**, at 2891 Center Pointe Drive, Suite 100, Fort Myers, Florida, and at that time fully comply with the terms, provisions, and commands of the summonses previously served on him, copies of which are attached as Exhibits 2 and 3 to the Petition."[1]  A review of the record reveals that Respondent did not file objections to the Report within ten days of its filing or the date of the instant Order.

---

[1] The date designated by Magistrate Judge Chappell for Respondent to appear before Revenue Officer W. Smith, or his designee, has already passed as of the date of this Order.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).  Based upon an independent examination of the record and a de novo review of the legal conclusions, the Court will **adopt, in part, and modify, in part**, the Report of the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Dkt. No. 15) is **ADOPTED, IN PART, and MODIFIED, IN PART,** as the opinion of the Court.

   a. The Report and Recommendation is **MODIFIED** as to the second recommendation contained on page three of the Report and Recommendation.  The Respondent is directed to appear before Revenue Officer W. Smith, or his designee, at such time and place as may hereafter be designated by Revenue Officer W. Smith or his designee, and at that time shall fully comply with the terms, provisions, and commands of the summonses previously served on him, copies of which are attached as Exhibits 2 and 3 of the Petition.

        b.      The Report and Recommendation is **ADOPTED IN ALL OTHER ASPECTS**.

    2.      The United States of America's Petition to Enforce Internal Revenue Service Summonses (Dkt. No. 1) is **GRANTED**.

    3.      All pending motions are **DENIED as MOOT**, and the Clerk of the Court is directed to close the file.

    4.      The Court retains jurisdiction to enforce this Order.

**DONE AND ORDERED** in Fort Myers, Florida on November 16, 2007.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

lc3

Copies to:

Pro Se Parties
Counsel of Record